```
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF FLORIDA
             FORT PIERCE DIVISION
          CASE NO. 12-14069-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ALFRED DAKING, JR.,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion to Determine Competency.

**THE MATTER** was referred to United States Magistrate Judge Jonathan Goodman on May 7, 2013. A Report and Recommendation was filed recommending that the District Court find the Defendant competent to stand trial in these proceedings.

The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation filed in this cause is hereby, **ADOPTED and AFFIRMED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of June, 2013.

                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Goodman
        Diana M. Acosta, AUSA
        Fletcher Peacock, AFPD