```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
              CASE NO. 12-14069-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ALFRED DAKING, JR.,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND PARTIES STIPULATION AND JOINT RECOMMENDATION AS TO RESTITUTION**

**THIS CAUSE** came before the Court upon the Report and Recommendation on Notice of Parties Stipulation and Joint Recommendation as to Restitution,(D.E. 102).

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman United States Magistrate Judge on November 5, 2013. The Court conducted a <u>de novo</u> review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Goodman's Report and Recommendation and the Parties stipulation is **ADOPTED** in its entirety. it is further

**ORDERED AND ADJUDGED** that the Defendant Alfred Daking, Jr., is liable for restitution in the amount of **$1,257.73.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of January, 2014.

                                                 _____
                                                 DONALD L. GRAHAM
                                                 UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Goodman
        Diana Acosta, AUSA
        Fletcher Peacock, AFPD
        U.S. Probation
        Clerk of Court (Financial Section)
```